UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SHAWN LILLARD,                          )
                                        )
        Plaintiff,                      )
                                        )
                                        )        No. 3-13-00806
v.                                      )        Chief Judge Haynes
                                        )
CAROLYN W. COLVIN,                      )
ACTING COMMISSIONER                     )
OF SOCIAL SECURITY,                     )
                                        )
        Defendant.                      )

## ORDER

Before the Court is is the Magistrate Judge's Report and Recommendation (Docket Entry

No. 21) to deny Plaintiff's motion for judgment on the record (Docket Entry No. 15) and affirm the

Commissioner's decision, to which Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED,** Plaintiff's motion

for judgment on the record (Docket Entry No. 15) is **DENIED** and the Commissioner's decision is

**AFFIRMED.**

This is the Final Order in this action.

It is so **ORDERED.**

**ENTERED** this the _____ day of August, 2014.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court